KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TAM, | CASE NO. 2:19-cv-05227-FMO-JEMx |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order Regarding Cross Motions for Judgment (Docket No. 38):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Sandra Tam ("TAM") shall have Judgment in her favor and against Defendant First Unum Life Insurance Company, (erroneously sued as Unum Life Insurance Company of America) ("UNUM") on her claim for long term disability benefits under the employee benefit plan established by MUFG Union Bank, N.A. (the "Plan").

1   As set forth in the Court's Order Regarding Cross Motion for Judgment ("Order"), the Court finds TAM met her burden of proof to establish that she was disabled from her own occupation under the terms of the Plan during the Plan's elimination period and for the following twenty four months; and for the period thereafter, in light of the severity of Plaintiff's medical condition as reflected in the record, the Court is convinced TAM is also unable to perform the duties of any gainful occupation pursuant to the terms of the Plan.

It is FURTHER ORDERED, ADJUDGED, and DECREED that UNUM shall pay retroactive long term disability benefits to TAM pursuant to the terms of the Plan to the date of Judgment; and shall reinstate coverage and continue paying long term disability benefits to TAM until such time as TAM no longer meets the definition of disability set forth in the Plan as interpreted consistent with this Court's Order and Judgment;

It is FURTHER ORDERED, ADJUDGED, and DECREED that UNUM shall also pay prejudgment interest to TAM on the amount of benefits outstanding in the amount of three percent (3%) per annum;

It is FURTHER ORDERED, ADJUDGED, and DECREED, that the parties are to meet and confer on the issue of attorney's fees.  If the parties are unable to resolve the issue of Plaintiff's entitlement to attorneys' fees and costs under ERISA during their post-judgment meet and confer discussions on the issue, TAM shall file a Motion for Attorneys' Fees and Costs forty (40) days from the date this Judgment is entered. UNUM shall be entitled to file its brief in opposition to Plaintiff's Motion fourteen (14) days following the filing of the Motion, and TAM shall be entitled to file a Reply to UNUM's Opposition seven (7) days after the Opposition is filed.

DATED: October 8, 2020                         /s/_____
                                               Hon. Fernando M. Olguin
                                               United States District Judge